**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

United States of America,

        Plaintiff,        Criminal No. 04-265 (1) (RHK/JSM)

vs.                          **O R D E R**

Thomas Joseph White,

        Defendant.

---

    Good cause having been shown, Defendant's Motion to Continue Surrender Date (Doc. No. 22) is **GRANTED**; Defendant shall surrender to the United States Marshal at the Federal Courthouse in Minneapolis, Minnesota, at 10:00 am. on Wednesday, September 28, 2005.

Dated: July 8, 2005

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge